Deborah C. Prosser (SBN 109856)
Stephanie A. Hingle (SBN 199396)
KUTAK ROCK LLP
515 South Figueroa Street
Suite 1240
Los Angeles, CA 90071-3329
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
Email: Deborah.Prosser@KutakRock.com
Email: Stephanie.Hingle@KutakRock.com

Attorneys for Defendants
GE HEALTHCARE INC. and GENERAL
ELECTRIC COMPANY

FILED
08 JUL 16 PM 4: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EJ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LORRAINE ELLEN JOHNSON and ROBERT GARY STONDELL, individually, and as Successors in Interest to the Estate of DORIS LORRAINE STONDELL, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; BAYER SCHERING PHARMA AG; GENERAL ELECTRIC COMPANY; GE HEALTHCARE AS; GE HEALTHCARE, Inc.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORPORATION; and DOES 1 through 35<br><br>Defendants. | Case No. CV-08 3441<br><br>**DECLARATION OF STEPHANIE A. HINGLE IN SUPPORT OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (b) (DIVERSITY)**<br><br>[Jury Trial Demanded]<br><br>(San Francisco County Superior Court, Case No. CGC08476085)<br><br>[Filed Concurrently with Notice of Removal of Action Pursuant to F.R.C.P. Rule 201] |

## DECLARATION OF STEPHANIE A. HINGLE

I, Stephanie A. Hingle, declare and say that:

1. I am an attorney duly licensed to practice before all of the Courts of the State of California and am admitted to the United States District Court,

Northern District of California. I am Of Counsel at Kutak Rock LLP, attorneys of records for Defendants GE Healthcare Inc. and General Electric Company ("GE Defendants") in this action. All of the facts stated herein are of my own personal knowledge, and as to those facts stated upon information and belief, I have conducted diligent investigation and have satisfied myself as to the accuracy of the facts herein stated.

2. I am informed and believe that all of the properly named and served Defendants consent to removal of this action.

3. I have been advised by counsel for Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Healthcare LLC that these defendants were served on June 16, 2008 and consent to removal. In addition, the Bayer Defendants' written consent is attached hereto.

4. I have been advised by counsel for Defendant Mallinckrodt Inc. that this defendant was served on June 16, 2008 and consents to removal.

5. I have been advised by counsel for Defendant Bracco Diagnostic, Inc. that this defendant was served on June 16, 2008 and consents to removal.

6. I have been in contact with counsel for defendants McKesson Corporation and Merry X-Ray Chemical Corporation, and am informed and believe that, although fraudulently joined, these defendants consent to removal.

7. I am informed and believe that if properly named and served, Defendant GE Healthcare AS would consent to removal.

I declare under penalty of perjury under the laws of United States of America and of the State of California, that the foregoing is true and correct.

Executed this 16th day of July 2008 in Los Angeles, California.

*[signature]*
STEPHANIE A. HINGLE

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

4847-6938-3170.1         - 2 -

DECLARATION OF STEPHANIE HINGLE IN SUPPORT OF REMOVAL    CASE NO.

Rodney M. Hudson (State Bar No. 189363)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
BAYER HEALTHCARE PHARMACEUTICALS
INC. and BAYER HEALTHCARE, LLC

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| LORRAINE ELLEN JOHNSON and ROBERT GARY STONDELL, individually, and as Successors in Interest to the Estate of DORIS LORRAINE STONDELL, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; BAYER SCHERING PHARMA AG; GENERAL ELECTRIC COMPANY; GE HEALTHCARE AS; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35,<br><br>Defendants. | Case No. CGC-08-476085<br><br>DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER HEALTHCARE, LLC'S CONSENT TO REMOVAL OF ACTION |

Defendants BAYER HEALTHCARE PHARMACEUTICALS, INC. ("BHCP") and BAYER HEALTHCARE LLC ("BHC") hereby consent to the removal of this action by co-defendants GENERAL ELECTRIC COMPANY and GE HEALTHCARE, INC.

///

///

SF01/597639.1

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' CONSENT TO REMOVAL OF ACTION

BHCP and BHC were served with the original complaint in this action on June 16, 2008. For purposes of diversity jurisdiction, BHCP is a Delaware corporation with its principal place of business in New Jersey. BHC is a Delaware limited liability company whose sole member is Bayer Corporation. For purposes of BHC's citizenship as a limited liability company, Bayer Corporation is incorporated under the laws of Indiana with its principal place of business in Pennsylvania.

Dated: July 15, 2008

DRINKER BIDDLE & REATH LLP

By: /s/ Rodney M. Hudson
Rodney M. Hudson
Attorneys for Defendants
BAYER HEALTHCARE PHARMACEUTICALS INC. and
BAYER HEALTHCARE, LLC