FAXED

1  Deborah C. Prosser (SBN 109856)
   Stephanie A. Hingle (SBN 199396)
2  KUTAK ROCK LLP
   515 South Figueroa Street
3  Suite 1240
   Los Angeles, CA 90071-3329
4  Telephone: (213) 312-4000
   Facsimile: (213) 312-4001
5  Email: Deborah.Prosser@KutakRock.com
   Email: Stephanie.Hingle@KutakRock.com
6
7  Attorneys for Defendants
   GE HEALTHCARE INC. and GENERAL
8  ELECTRIC COMPANY

FILED
08 JUL 16 PM 4:12
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

MEJ

| | |
|---|---|
| LORRAINE ELLEN JOHNSON and ROBERT GARY STONDELL, individually, and as Successors in Interest to the Estate of DORIS LORRAINE STONDELL, Deceased<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; BAYER SCHERING PHARMA AG; GENERAL ELECTRIC COMPANY; GE HEALTHCARE AS; GE HEALTHCARE, Inc.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORPORATION; and DOES 1 through 35<br><br>Defendants. | Case No. CV 08 3441<br><br>**DEFENDANTS GE HEALTHCARE INC. AND GENERAL ELECTRIC COMPANY'S CERTIFICATION OF INTERESTED PARTIES**<br><br>[Jury Trial Demanded]<br><br>(San Francisco County Superior Court, Case No. CGC08476085)<br><br>[Filed Concurrently with Notice of Removal of Action Pursuant to F.R.C.P. Rule 201] |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

///

///

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

4835-6142-3618.1

CERTIFICATION OF INTERESTED PARTIES                                    CASE NO.

Pursuant to Central District of California Local Rule 7.1-1, Defendants GE Healthcare Inc. and General Electric Company by their undersigned attorneys, hereby certify that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal.

Parties identified in the Plaintiffs' Complaint are as follows: Lorraine Ellen Johnson and Robert Gary Stondell, individually, and as Successors in Interest to the Estate of Doris Lorraine Stondell, Deceased, Bayer Healthcare Pharmaceuticals, Inc.; Bayer Healthcare LLC; Bayer Schering Pharma AG; General Electric Company; GE Healthcare AS; GE Healthcare Inc.; Mallinckrodt Inc.; Bracco Diagnostics, Inc.; McKesson Corporation; and Merry X-Ray Chemical Corporation.

In addition to the persons and entities identified in the Complaint, another entity that may have a direct, pecuniary interest in the outcome of this case based upon its relationship with one or more of the defendants is: Electric Insurance Company.

Dated: July 16, 2008

KUTAK ROCK LLP

By: _Stephanie Hingle_
Deborah C. Prosser
Stephanie A. Hingle
Attorneys for Defendants
GE HEALTHCARE INC. and
GENERAL ELECTRIC COMPANY

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

4835-6142-3618.1

- 2 -

CERTIFICATION OF INTERESTED PARTIES    CASE NO.

FAXED

1  Deborah C. Prosser (SBN 109856)
2  Stephanie A. Hingle (SBN 199396)
   KUTAK ROCK LLP
3  515 South Figueroa Street
   Suite 1240
4  Los Angeles, CA 90071-3329
   Telephone: (213) 312-4000
5  Facsimile: (213) 312-4001
   Email: Deborah.Prosser@KutakRock.com
6  Email: Stephanie.Hingle@KutakRock.com

7  Attorneys for Defendants
   GE HEALTHCARE INC. and GENERAL
8  ELECTRIC COMPANY

FILED
08 JUL 16 PM 4:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

MEJ

| | |
|---|---|
| LORRAINE ELLEN JOHNSON and ROBERT GARY STONDELL, individually, and as Successors in Interest to the Estate of DORIS LORRAINE STONDELL, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; BAYER SCHERING PHARMA AG; GENERAL ELECTRIC COMPANY; GE HEALTHCARE AS; GE HEALTHCARE, Inc.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORPORATION; and DOES 1 through 35<br><br>Defendants. | Case No. CV 08 3441<br><br>**DEFENDANTS GE HEALTHCARE INC. AND GENERAL ELECTRIC COMPANY'S CERTIFICATION OF INTERESTED PARTIES**<br><br>[Jury Trial Demanded]<br><br>(San Francisco County Superior Court, Case No. CGC08476085)<br><br>[Filed Concurrently with Notice of Removal of Action Pursuant to F.R.C.P. Rule 201] |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

///

///

4835-6142-3618.1

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

CERTIFICATION OF INTERESTED PARTIES                               CASE NO.

07-16-2008 12:23PM FROM- Case 4:08-cv-03441-CW Document 3 Filed 07/16/2008 Page 4 of 4
T-079 P.007/013 F-649

Pursuant to Central District of California Local Rule 7.1-1, Defendants GE Healthcare Inc. and General Electric Company by their undersigned attorneys, hereby certify that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal.

Parties identified in the Plaintiffs' Complaint are as follows: Lorraine Ellen Johnson and Robert Gary Stondell, individually, and as Successors in Interest to the Estate of Doris Lorraine Stondell, Deceased, Bayer Healthcare Pharmaceuticals, Inc.; Bayer Healthcare LLC; Bayer Schering Pharma AG; General Electric Company; GE Healthcare AS; GE Healthcare Inc.; Mallinckrodt Inc.; Bracco Diagnostics, Inc.; McKesson Corporation; and Merry X-Ray Chemical Corporation.

In addition to the persons and entities identified in the Complaint, another entity that may have a direct, pecuniary interest in the outcome of this case based upon its relationship with one or more of the defendants is: Electric Insurance Company.

Dated: July 16, 2008

KUTAK ROCK LLP

By: /s/ Stephanie Hingle
Deborah C. Prosser
Stephanie A. Hingle
Attorneys for Defendants
GE HEALTHCARE INC. and
GENERAL ELECTRIC COMPANY

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

4835-6142-3618.1

- 2 -

CERTIFICATION OF INTERESTED PARTIES          CASE NO.