Lawrence J. Gornick (SBN 136290)
Debra DeCarli (SBN 237642)
Laura Brandenberg (SBN 238642)
**LEVIN SIMES KAISER & GORNICK LLP**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
Fax: (415) 981-1270
lgornick@lskg-law.com
ddecarli@lskg-law.com
lbrandenberg@lskg-law.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| LORRAINE ELLEN JOHNSON and ROBERT GARY STONDELL, individually, and as Successors in Interest to the Estate of DORIS LORRAINE STONDELL, Deceased,<br><br>Plaintiffs,<br>vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; BAYER SCHERING PHARMA AG; GENERAL ELECTRIC COMPANY; GE HEALTHCARE AS; GE HEALTHCARE, INC.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35<br><br>Defendants. | Case No: 3:08-cv-03441-MEJ<br><br><br><br>**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

///

///

///

///

///

- 1 -
DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2      The undersigned party hereby declines to consent to the assignment of this case to a United
3  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a
4  United States District Judge.

6  Dated:  July 22, 2008                LEVIN SIMES KAISER & GORNICK LLP

8                                          By:    s/ Lawrence J. Gornick
                                                Lawrence J. Gornick, Esq.
9                                                  Debra DeCarli, Esq.
                                                Laura Brandenberg, Esq.

DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE