```
                                                              FILED
                                                           08 JUL 16 PM 4:12
                                                         RICHARD W. WIEKING
                                                         CLERK, U.S. DISTRICT COURT
                                                         N. DIST. OF CALIFORNIA
```

1  Deborah C. Prosser (SBN 109856)
   Stephanie A. Hingle (SBN 199396)
2  KUTAK ROCK LLP
   515 South Figueroa Street
3  Suite 1240
   Los Angeles, CA 90071-3329
4  Telephone:  (213) 312-4000
   Facsimile:   (213) 312-4001
5  Email: Deborah.Prosser@KutakRock.com
   Email: Stephanie.Hingle@KutakRock.com
6
   Attorneys for Defendants
7  GE HEALTHCARE INC. and GENERAL
   ELECTRIC COMPANY
8
                    UNITED STATES DISTRICT COURT   **MEJ**
9
        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
10

11 | LORRAINE ELLEN JOHNSON and        | Case No.   **CV 08 3441**
   | ROBERT GARY STONDELL,             |
12 | individually, and as Successors in |
   | Interest to the Estate of DORIS   | **DEFENDANTS GE HEALTHCARE**
13 | LORRAINE STONDELL, Deceased       | **INC. AND GENERAL ELECTRIC**
   |                                   | **COMPANY'S CORPORATE**
14 |            Plaintiffs,            | **DISCLOSURE STATEMENT**
   |                                   |
15 |         v.                        | [Jury Trial Demanded]
   |                                   |
16 | BAYER HEALTHCARE                  |
   | PHARMACEUTICALS, INC.;            | (San Francisco County Superior Court,
17 | BAYER HEALTHCARE LLC;             | Case No. CGC08476085)
   | BAYER SCHERING PHARMA             |
18 | AG; GENERAL ELECTRIC              | [Filed Concurrently with Notice of
   | COMPANY; GE HEALTHCARE            | Removal of Action Pursuant to F.R.C.P.
19 | AS; GE HEALTHCARE, Inc.;          | Rule 201]
   | MALLINCKRODT, INC.;               |
20 | BRACCO DIAGNOSTICS, INC.;         |
   | McKESSON CORPORATION;             |
21 | MERRY X-RAY CHEMICAL              |
   | CORPORATION; and DOES 1           |
22 | through 35                        |
   |                                   |
23 |            Defendants.            |

24

25      TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

26 RECORD:

27 ///

28 ///

KUTAK ROCK LLP    4845-0094-7714.1
ATTORNEYS AT LAW
LOS ANGELES      CORPORATE DISCLOSURE STATEMENT                    CASE NO.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, this corporate disclosure statement is filed on behalf of Defendants General Electric Company and GE Healthcare Inc., as follows:

(1) General Electric Company is a publicly held corporation. No other public entity owns 10% or more of General Electric Company.

(2) GE Healthcare Inc. is a wholly owned subsidiary of General Electric Company. No other public entity owns 10% or more of GE Healthcare Inc.

Dated: July 16, 2008

KUTAK ROCK LLP

By: *Stephanie Hingle*
Deborah C. Prosser
Stephanie A. Hingle
Attorneys for Defendants
GE HEALTHCARE INC. and
GENERAL ELECTRIC COMPANY