```
FILED
08 JUL 16 PM 4:11
RICHARD W. WIEKING
U.S. DISTRICT COURT
```

1  Deborah C. Prosser (SBN 109856)
   Stephanie A. Hingle (SBN 199396)
2  KUTAK ROCK LLP
   515 South Figueroa Street
3  Suite 1240
   Los Angeles, CA 90071-3329
4  Telephone: (213) 312-4000
   Facsimile: (213) 312-4001
5  Email: Deborah.Prosser@KutakRock.com
   Email: Stephanie.Hingle@KutakRock.com
6
   Attorneys for Defendants
7  GE HEALTHCARE INC. and GENERAL
   ELECTRIC COMPANY
8

9                        UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION   MEJ

11

12 | LORRAINE ELLEN JOHNSON and    | Case No.  CV 08  3441
   | ROBERT GARY STONDELL,
13 | individually, and as Successors in
   | Interest to the Estate of DORIS        | PROOF OF SERVICE
14 | LORRAINE STONDELL, Deceased

15 |         Plaintiffs,                    | [Jury Trial Demanded]

16 |    v.
                                            | (San Francisco County Superior Court,
17 | BAYER HEALTHCARE                       | Case No. CGC08476085)
   | PHARMACEUTICALS, INC.;
18 | BAYER HEALTHCARE LLC;
   | BAYER SCHERING PHARMA
19 | AG; GENERAL ELECTRIC
   | COMPANY; GE HEALTHCARE
20 | AS; GE HEALTHCARE, Inc.;
   | MALLINCKRODT, INC.;
21 | BRACCO DIAGNOSTICS, INC.;
   | McKESSON CORPORATION;
22 | MERRY X-RAY CHEMICAL
   | CORPORATION; and DOES 1
23 | through 35

24 |         Defendants.

25

26      I am employed in the City of Los Angeles in the County of Los Angeles,

27 State of California. I am over the age of 18 and not a party to the within action.

28

KUTAK ROCK LLP    4817-3899-8530.1
ATTORNEYS AT LAW
LOS ANGELES
                                PROOF OF SERVICE

My business address is 515 S. Figueroa Street, Suite 1240, Los Angeles, California 90071.

On July 16, 2008, I served the following documents described as:

1.  Notice of Removal of Action Under 28 U.S.C. § 1441 (b) (Diversity);
2.  Declaration of Stephanie A. Hingle in Support of Notice of Removal of Action Under 28 U.S.C. § 1441 (b) (Diversity);
3.  Defendants GE Healthcare Inc. and General Electric Company's Certification of Interested Parties; and
4.  Defendants GE Healthcare Inc. and General Electric Company's Corporate Disclosure Statement.

[XX] **(BY MAIL, 1013a, 2015.5 C.C.P.)** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[XX] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on July 16, 2008, at Los Angeles, California.

Virginia L. Gomez

# SERVICE LIST
### *Lorraine Ellen Johnson v. Bayer Healthcare Pharmaceuticals, Inc.*
### U.S. District Court Case No.:
### (San Francisco County Superior Court Case No.: CGC08476085)

| | |
|---|---|
| Lawrence J. Gornick, Esq.<br>Debra DeCarli, Esq.<br>Laura Brandenberg, Esq.<br>LEVIN SIMES KAISER & GORNICK LLP<br>44 Montgomery Street, 36th Floor<br>San Francisco, CA 94104<br>T: 415-646-7160<br>F: 415-981-1270<br>Email: lgornick@lskg-law.com<br>Email: ddecarli@lskg-law.com<br>***Attorneys for Plaintiffs*** | Alan Greenberg, Esq.<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>655 West Broadway, Suite 900<br>San Diego, CA 92101-8484<br>T: 619-321-6200<br>F: 619-321-6201<br>Email: alan.greenberg@wilsonelser.com<br>***Attorneys for Defendant Merry X-Ray*** |
| Habib Nasrullah, Esq.<br>WHEELER TRIGG KENNEDY LLP<br>1801 California Street, Suite 3600<br>Denver, CO 80202<br>T: 303-244-1960<br>Email: nasrullah@wtklaw.com<br>***Attorneys for Defendant McKesson Corporation*** | Charles Sheldon, Esq.<br>Sedgwick, Detert, Moran & Arnold LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br>T: 415-781-7900<br>F: 415-781-2635<br>***Attorneys for Defendant McKesson Corporation*** |
| Kenneth P. Conour, Esq.<br>Rodney Hudson, Esq.<br>Drinker Biddle & Reath LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105-2235<br>Tel: 415-591-7500<br>Fax: 415-591-7510<br>***Attorneys for Defendant Bayer Healthcare Pharmaceuticals Inc.*** | Douglas D. Robinson, Esq.<br>SHOOK HARDY & BACON LLP<br>Jamboree Center<br>5 Park Plaza, Suite 1600<br>Irvine, CA 92164<br>T: 949-475-1500<br>F: 949-475-0015<br>Email: dwrobinson@shb.com<br>***Attorneys for Defendant Mallinckrodt Inc.*** |
| Augie B. Lee, Esq.<br>TUCKER ELLIS & WEST LLP<br>515 S. Flower Street, 42nd Street<br>Los Angeles, CA 90071<br>T: 213-430-3400<br>F: 213-430-3409<br>***Attorneys for Defendant Bracco Diagnostics, Inc.*** | |