Deborah C. Prosser (SBN 109856)
Stephanie A. Hingle (SBN 199396)
KUTAK ROCK LLP
515 South Figueroa Street
Suite 1200
Los Angeles, CA 90071-3329
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
Email: Deborah.Prosser@KutakRock.com
Email: Stephanie.Hingle@KutakRock.com

Attorneys for Defendants
GE HEALTHCARE INC. and GENERAL
ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LORRAINE ELLEN JOHNSON and ROBERT GARY STONDELL, individually, and as Successors in Interest to the Estate of DORIS LORRAINE STONDELL, Deceased<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; BAYER SCHERING PHARMA AG; GENERAL ELECTRIC COMPANY; GE HEALTHCARE AS; GE HEALTHCARE, Inc.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORPORATION; and DOES 1 through 35<br><br>Defendants. | Case No. 5:08-CV-08-3441 MEJ<br><br>**NOTICE OF CONSENT TO REMOVAL**<br><br>**[Jury Trial Demanded]**<br><br>(San Francisco County Superior Court, Case No. CGC08476085) |

TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS

OF RECORD:

///

1    PLEASE TAKE NOTICE that Defendant Bracco Diagnostics Inc. consents

2  to the removal of this action as set forth in the Declaration of Aggie B. Lee in

3  Support of Defendant Bracco Diagnostics Inc.'s Consent to Removal of Action

4  Under 28 U.S.C. § 1441(b) attached hereto as Exhibit "A."

5

6  Dated: July 21, 2008                KUTAK ROCK LLP

7

8                                      By: _____

9                                        Deborah C. Prosser
                                         Stephanie A. Hingle
10                                       Attorneys for Defendants
                                         GE HEALTHCARE INC. and
11                                       GENERAL ELECTRIC COMPANY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

4824-2280-1922.1                    - 2 -

# EXHIBIT "A"

1  TUCKER ELLIS & WEST LLP
   MICHAEL C. ZELLERS-STATE BAR NO. 146904
2  MOLLIE BENEDICT-STATE BAR NO. 187084
   AGGIE B. LEE-STATE BAR NO. 228332
3  515 S. Flower Street, 42nd Floor
   Los Angeles, CA 90071-2223
4  Telephone: (213) 430-3400
   Facsimile: (213) 430-3409
5  michael.zellers@tuckerellis.com
   mollie.benedict@tuckerellis.com
6  aggie.lee@tuckerellis.com

7  Attorneys for Defendant
   BRACCO DIAGNOSTICS INC.

8

9              UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11  LORRAINE ELLEN JOHNSON and      ) Case No.
    ROBERT GARY STONDELL,           )
12  individually, and as Successors in )
    Interest to the Estate of DORIS    )
13  LORRAINE STONDELL, Deceased,   ) DECLARATION OF AGGIE B. LEE
                                     ) IN SUPPORT OF DEFENDANT
14         Plaintiffs,               ) BRACCO DIAGNOSTICS INC.'S
                                     ) CONSENT TO REMOVAL OF
15         v.                        ) ACTION UNDER 28 U.S.C. §
                                     ) 1441(b)
16  BAYER HEALTHCARE               )
    PHARMACEUTICALS, INC.; BAYER  )
17  HEALTHCARE LLC; BAYER          )
    SCHERING PHARMA AG;            )
18  GENERAL ELECTRIC COMPANY;     )
    GE HEALTHCARE AS; GE           )
19  HEALTHCARE, INC.;              )
    MALLINCKRODT, INC.; BRACCO    )
20  DIAGNOSTICS, INC.; McKESSON   )
    CORPORATION; MERRY X-RAY       )
21  CHEMICAL CORP.; and DOES 1     )
    through 35,                     )
22                                  )
           Defendants.              )
23                                  )
                                    )
24                                  )
                                    )
25  _____)

26

27

28

─────────────────────────────────
DECLARATION OF AGGIE B. LEE IN SUPPORT OF DEFENDANT BRACCO
DIAGNOSTICS INC.'S CONSENT TO REMOVAL

LAimanage/011255/000017/611374/1

EXH- "A" PAGE 4

1        <u>**DECLARATION OF AGGIE B. LEE**</u>

2        I, Aggie B. Lee, declare as follows:

3        1.     I am an attorney at law duly authorized to practice before the courts of

4 the State of California and I am an associate with the law firm of Tucker Ellis &

5 West LLP, attorneys for Defendant Bracco Diagnostics Inc. ("BDI"). I have

6 personal knowledge of all of the facts attested to in this declaration and could

7 competently testify thereto if called as a witness in any legal proceeding.

8        2.     On June 6, 2008, Plaintiffs Lorraine Ellen Johnson and Robert Gary

9 Stondell filed a complaint in the Superior Court of California, San Francisco

10 County captioned as *Lorraine Ellen Johnson, et al. v. Bayer Healthcare*

11 *Pharmaceuticals, Inc., et al.*, Case No. CGC08476085.

12        3.     On June 16, 2008, BDI's agent for service of process was served with

13 the Complaint, thus removal of this case to federal court is timely.

14        4.     BDI consents to removal of this case to the United States District

15 Court for the Northern District of California.

16        5.     BDI is incorporated in Delaware and has its principal place of

17 business in New Jersey.

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

DECLARATION OF AGGIE B. LEE IN SUPPORT OF DEFENDANT BRACCO
DIAGNOSTICS INC.'S CONSENT TO REMOVAL

L Aimanage/011255/000017/611374/1

*EXH. "A" PAGE 5*

1    I declare under penalty of perjury under the laws of the State of California
2    and the laws of the United States of America that the foregoing is true and correct
3    and that this declaration is executed by me on this _16th_ day of July, 2008, in Los
4    Angeles, California.

5
6    _Aggie B. Lee_
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF AGGIE B. LEE IN SUPPORT OF DEFENDANT BRACCO
DIAGNOSTICS INC.'S CONSENT TO REMOVAL

LAimanage/011255/000017/611374/1

EXH. "A" PAGE 6