1  Douglas W. Robinson (SBN: 255909)
   SHOOK, HARDY & BACON L.L.P.
2  Jamboree Center
   5 Park Plaza, Suite 1600
3  Irvine, California 92614-2546
   Telephone:   949.475.1500
4  Facsimile:   949.475.0016
   Email:  dwrobinson@shb.com
5

6  Attorneys for Defendant Denominated MALLINCKRODT, INC.

7

8              UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

10

11  LORRAINE ELLEN JOHNSON and        )  Case No. 3:08-CV-03441
    ROBERT GARY STONDELL,             )
12  individually, and as Successors in Interest to )  **STIPULATION EXTENDING TIME TO**
    the Estate of DORIS LORRAINE      )  **FILE RESPONSIVE PLEADING ON**
13  STONDELL, Deceased,               )  **BEHALF OF DEFENDANT**
                                      )  **DENOMINATED MALLINCKRODT,**
14          Plaintiffs,               )  **INC.**
                                      )
15      vs.                           )
                                      )
16  BAYER HEALTHCARE                  )
    PHARMACEUTICALS, INC.; BAYER      )
17  HEALTHCARE LLC; BAYER             )
    SCHERING PHARMA AG; GENERAL       )
18  ELECTRIC COMPANY; GE              )
    HEALTHCARE, INC.; MALLINCKRODT,)
19  INC.; BRACCO DIAGNOSTICS, INC.;   )
    McKESSON CORPORATION; MERRY       )
20  X-RAY CHEMICAL CORPORATION;       )
    and DOES 1 through 35,            )
21                                    )
            Defendants.               )
22  _____   )

23

24

25

26

27

28

1        The parties have agreed that the period in which Defendant denominated

2    Mallinckrodt, Inc. may answer or otherwise respond to the complaint is extended up to and

3    including July 31, 2008.

4

5    Dated: July 22, 2008                           LEVIN SIMES KAISER & GORNICK LLP

6

7                                           By:_____/s/_____
                                             Lawrence J. Gornick

8                                               Debra DeCarli
                              Attorneys for Plaintiffs Lorraine Ellen

9                                  Johnson and Robert Gary Stondell,
                              individually, and as Successors in Interest to

10                                 the Estate of Doris Lorraine Stondell,
                              Deceased

11

12   Dated: July 22, 2008                           SHOOK, HARDY & BACON L.L.P.

13

14                                          By:_____/s/_____
                                           Douglas W. Robinson

15                                 Attorneys for Defendant Denominated
                              Mallinckrodt, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING ON BEHALF OF DEFENDANT DENOMINATED
MALLINCKRODT, INC.