TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS-STATE BAR NO. 146904
MOLLIE BENEDICT-STATE BAR NO. 187084
AGGIE B. LEE-STATE BAR NO. 228332
515 S. Flower Street, 42nd Floor
Los Angeles, CA 90071-2223
Telephone:  (213) 430-3400
Facsimile:  (213) 430-3409
michael.zellers@tuckerellis.com
mollie.benedict@tuckerellis.com
aggie.lee@tuckerellis.com

Attorneys for Defendant
BRACCO DIAGNOSTICS INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LORRAINE ELLEN JOHNSON and ROBERT GARY STONDELL, individually, and as Successors in Interest to the Estate of DORIS LORRAINE STONDELL, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; BAYER SCHERING PHARMA AG; GENERAL ELECTRIC COMPANY; GE HEALTHCARE AS; GE HEALTHCARE, INC.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35,<br><br>Defendants. | Case No.  CV-08-3441 MEJ<br><br>**STIPULATION OF PLAINTIFF AND DEFENDANT BRACCO DIAGNOSTICS INC. TO EXTEND DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING**<br><br>(San Francisco County Superior Court, Case No. CGC-08-476085) |

STIPULATION OF PLAINTIFF AND DEFENDANT BRACCO
DIAGNOSTICS INC. TO EXTEND DEFENDANT'S TIME TO FILE A
RESPONSIVE PLEADING CV-08-3441 MEJ

LAimanage/011255/000017/611774/1

1    Pursuant to Local Rule 6-1 of the United States District Court for the Northern District of

2    California, and based upon the agreement between counsel for Plaintiffs Lorraine Ellen Johnson

3    and Robert Gary Stondell and Defendant Bracco Diagnostics Inc., it is hereby stipulated as

4    follows:

5        The time for Defendant BDI to respond to Plaintiffs' Complaint shall be extended from

6    July 23, 2008, to August 4, 2008.

7

8    DATED:  JULY 23, 2008                TUCKER ELLIS & WEST LLP

9

10

11                                        By:    /s/ Aggie B. Lee
                                                Aggie B. Lee
12                                              Attorneys for Defendant
                                                BRACCO DIAGNOSTICS INC.

13   DATED:  JULY 23, 2008                LEVIN SIMES KAISER & GORNICK LLP

14

15

16                                        By:    /s/ Lawrence J. Gornick
                                                Lawrence J. Gornick
17                                              Attorneys for Plaintiffs LORRAINE
                                                ELLEN JOHNSON and ROBERT
18                                              GARY STONDELL

19

20

21

22

23

24

25

26

27

28

STIPULATION OF PLAINTIFF AND DEFENDANT BRACCO
DIAGNOSTICS INC. TO EXTEND DEFENDANT'S TIME TO FILE A
RESPONSIVE PLEADING CV-08-3441 MEJ
LAimanage/011255/000017/611774/1