Deborah C. Prosser (SBN 109856)
Stephanie A. Hingle (SBN 199396)
KUTAK ROCK LLP
515 South Figueroa Street
Suite 1240
Los Angeles, CA 90071-3329
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
Email: Deborah.Prosser@KutakRock.com
Email: Stephanie.Hingle@KutakRock.com

Attorneys for Defendants
GE HEALTHCARE INC. and GENERAL ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LORRAINE ELLEN JOHNSON and ROBERT GARY STONDELL, individually, and as Successors in Interest to the Estate of DORIS LORRAINE STONDELL, Deceased<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; BAYER SCHERING PHARMA AG; GENERAL ELECTRIC COMPANY; GE HEALTHCARE AS; GE HEALTHCARE, Inc.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORPORATION; and DOES 1 through 35<br><br>Defendants. | Case No. 3:08-cv-03441 MEJ<br><br>**DEFENDANTS GE HEALTHCARE INC. AND GENERAL ELECTRIC COMPANY'S DEMAND FOR JURY TRIAL**<br><br>(San Francisco County Superior Court, Case No. CGC08476085) |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

///

4843-0453-6834.1

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

DEMAND FOR JURY TRIAL                                    CASE NO. 3:08-CV-03441 MEJ

1   Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendants
2   GE Healthcare Inc. and General Electric Company hereby demand a trial by jury in
3   the above-entitled action.

4
5   Dated:      July 23, 2008                KUTAK ROCK LLP
6
7                                            By: *Stephanie Hingle* (signature)
                                             Deborah C. Prosser
8                                            Stephanie A. Hingle
                                             Attorneys for Defendants
9                                            GE HEALTHCARE INC. and
                                             GENERAL ELECTRIC COMPANY

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KUTAK ROCK LLP
ATTORNEYS AT LAW
LOS ANGELES

4843-0453-6834.1                    - 2 -

DEMAND FOR JURY TRIAL                         CASE NO. 3:08-CV-03441 MEJ