Douglas W. Robinson
Shook, Hardy & Bacon L.L.P.
5 Park Plaza, #1600
Irvine, CA  92614
949-475-1500
dwrobinson@shb.com & gthill@shb.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE ELLEN JOHNSON and ROBERT GARY STONDELL, et al., <br><br>          PLAINTIFF(S) <br> v. <br> BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; BAYER SCHERING PHARMA AG, et al.,    DEFENDANT(S). | CASE NUMBER <br><br> 3:08-CV-03441 MEJ <br><br><br> **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**

I, <u>Douglas W. Robinson</u>, <u>255909</u>, <u>dwrobinson@shb.co</u>
     Name                            CA Bar ID Number                  E-mail Address

[X] am counsel of record or [ ] out-of-state attorney in the above-entitled cause of action for the following party(s) <u>Defendant Denominated Mallinckrodt, Inc.</u>

and am requesting the following change(s):

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

[X] **TO UPDATE NAME OR FIRM INFORMATION:**

    [X] I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

                PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

    Attorney Name changed to _____
    New Firm/Government Agency Name _____
    New Address _____
    New Telephone Number _____    New Facsimile Number _____
    New E-mail address <u>(additional) gthill@shb.com</u>

[ ] **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX

    [ ] I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____

    [ ] This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

    Attorney Name _____    CA State Bar Number _____
    Firm/Government Agency Name _____
    Address: _____
    Telephone Number _____    Facsimile Number _____
    E-mail address _____

☐ TO BE REMOVED FROM THE CASE: **

I am no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

☐ The order relieving me as counsel of record was filed on: _____.

☐ There is/are other attorney(s) from my current law firm/government agency who are counsel of record in this case.

☐ I am no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01, *Request for Substitution of Attorney* and G-01 ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.

Date: July 29, 2008

*Attorney's Signature*
Douglas W. Robinson

PLEASE NOTE: The information provided in this Notice will be used to update the above-entitled case only. A separate Notice must be completed for each case said change(s) is to be made. See Local Rule 83-2.7.