1  Douglas W. Robinson (SBN: 255909)
   SHOOK, HARDY & BACON L.L.P.
2  Jamboree Center
   5 Park Plaza, Suite 1600
3  Irvine, California 92614-2546
   Telephone: 949.475.1500
4  Facsimile:  949.475.0016
   Email: dwrobinson@shb.com
5

6  Attorneys for Defendant Denominated MALLINCKRODT, INC.

7

8                     UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11 | LORRAINE ELLEN JOHNSON and       ) Case No. 3:08-CV-03441 MEJ
   | ROBERT GARY STONDELL,            )
12 | individually, and as Successors in ) **DEMAND FOR TRIAL BY JURY BY**
   | Interest to the Estate of DORIS   ) **DEFENDANT DENOMINATED**
13 | LORRAINE STONDELL, Deceased,     ) **"MALLINCKRODT, INC."**
   |                                   )
14 |           Plaintiffs,             ) **[Jury Trial Demanded]**
   |                                   )
15 |     vs.                           ) [Filed Concurrently with Answer and
   |                                   ) Affirmative Defenses; Certification of
16 | BAYER HEALTHCARE                  ) Interested Parties; Corporate Disclosure
   | PHARMACEUTICALS, INC.;            ) Statement; and Jury Demand of Defendant
17 | BAYER HEALTHCARE LLC;             ) denominated "Mallinckrodt, Inc."]
   | BAYER SCHERING PHARMA AG;         )
18 | GENERAL ELECTRIC COMPANY;         )
   | GE HEALTHCARE, INC.;              )
19 | MALLINCKRODT, INC.; BRACCO        )
   | DIAGNOSTICS, INC.; McKESSON       )
20 | CORPORATION; MERRY X-RAY          )
   | CHEMICAL CORPORATION; and         )
21 | DOES 1 through 35,                )
   |                                   )
22 |           Defendants.             )

23

24

25 TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

26 ///

27 ///

28

---

DEFENDANT MALLINCKRODT'S DEMAND FOR TRIAL BY JURY
CASE NO. 3:08-CV-03441 (MEJ)

50952V1

1  Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendant
2  denominated "Mallinckrodt, Inc." hereby demands a trial by jury in the above-entitled
3  action.

5  Dated: July 30, 2008                       SHOOK, HARDY & BACON L.L.P.

7                                             By:_____/s/_____
                                                   Douglas W. Robinson
8                                              Attorneys for Defendant Mallinckrodt
                                               Inc.