Douglas W. Robinson (SBN: 255909)
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: 949.475.1500
Facsimile: 949.475.0016
Email: dwrobinson@shb.com

Attorneys for Defendant Denominated MALLINCKRODT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LORRAINE ELLEN JOHNSON and ROBERT GARY STONDELL, individually, and as Successors in Interest to the Estate of DORIS LORRAINE STONDELL, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; BAYER SCHERING PHARMA AG; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORPORATION; and DOES 1 through 35,<br><br>Defendants. | Case No. 3:08-CV-03441 MEJ<br><br>**CERTIFICATION OF INTERESTED PARTIES**<br><br>**[Jury Trial Demanded]**<br><br>[Filed Concurrently with Answer and Affirmative Defenses; Certification of Interested Parties; Corporate Disclosure Statement; and Jury Demand of Defendant denominated "Mallinckrodt, Inc."] |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD IN THIS CASE:

///

///

Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Defendant denominated "Mallinckrodt, Inc.," certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Plaintiff Lorraine Ellen Johnson
2. Plaintiff Robert Gary Stondell
3. Defendant Bayer Healthcare Pharmaceuticals, Inc.
4. Defendant Bayer Healthcare LLC
5. Defendant Bayer Schering Pharma AG
6. Defendant General Electric Company
7. Defendant GE Healthcare AS
8. Defendant GE Healthcare, Inc.
9. Defendant Mallinckrodt Inc., an indirect affiliate of Covidien Ltd., a publicly-traded company
10. Defendant Bracco Diagnostics, Inc.
11. Defendant McKesson Corporation
12. Defendant Merry X-Ray Chemical Corp.

Dated: July 30, 2008

SHOOK, HARDY & BACON L.L.P.

By: _____/s/_____
Douglas W. Robinson
Attorneys for Defendant Mallinckrodt Inc.