Douglas W. Robinson (SBN: 255909)
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: 949.475.1500
Facsimile: 949.475.0016
Email: dwrobinson@shb.com

Attorneys for Defendant Denominated MALLINCKRODT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LORRAINE ELLEN JOHNSON and ROBERT GARY STONDELL, individually, and as Successors in Interest to the Estate of DORIS LORRAINE STONDELL, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; BAYER SCHERING PHARMA AG; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORPORATION; and DOES 1 through 35,<br><br>Defendants. | Case No. 3:08-CV-03441 MEJ<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT DENOMINATED "MALLINCKRODT, INC."**<br><br>**[Jury Trial Demanded]**<br><br>[Filed Concurrently with Answer and Affirmative Defenses; Certification of Interested Parties; Corporate Disclosure Statement; and Jury Demand of Defendant denominated "Mallinckrodt, Inc."] |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant denominated "Mallinckrodt, Inc." files this corporate disclosure statement. These representations are made to enable the Court to evaluate possible disqualification or recusal.

---

DEFENDANT MALLINCKRODT'S CORPORATE DISCLOSURE
CASE NO. 3:08-CV-03441 (MEJ)

50953V1

1. Mallinckrodt Inc. is an indirect affiliate of Covidien Ltd., a publicly traded company.

Dated: July 30, 2008                          SHOOK, HARDY & BACON L.L.P.


By:_____/s/_____
    Douglas W. Robinson
Attorneys for Defendant Mallinckrodt Inc.