Douglas W. Robinson (SBN: 255909)
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: 949.475.1500
Facsimile: 949.475.0016
Email: dwrobinson@shb.com

Attorneys for Defendant Denominated MALLINCKRODT, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| LORRAINE ELLEN JOHNSON and ROBERT GARY STONDELL, individually, and as Successors in Interest to the Estate of DORIS LORRAINE STONDELL, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; BAYER SCHERING PHARMA AG; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORPORATION; and DOES 1 through 35,<br><br>Defendants. | Case No. 3:08-CV-03441 MEJ<br><br>**CERTIFICATE OF SERVICE** |

# PROOF OF SERVICE

I AM EMPLOYED IN THE COUNTY OF ORANGE, STATE OF CALIFORNIA. I AM OVER THE AGE OF 18 AND NOT A PARTY TO THE WITHIN ACTION. MY BUSINESS ADDRESS IS 5 PARK PLAZA, SUITE 1600, IRVINE, CALIFORNIA 92614.

On July 30, 2008, I served on the interested parties in said action the within:

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT DENOMINATED "MALLINCKRODT, INC.";**

**DEFENDANT MALLINCKRODT, INC.'S CORPORATE DISCLOSURE STATEMENT**

**CERTIFICATION OF INTERESTED PARTIES**

**DEMAND FOR TRIAL BY JURY BY DEFENDANT DENOMINATED "MALLINCKRODT, INC."**

by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list.

X    (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐    (FAX) I caused such document(s) to be served via facsimile on the interested parties at their facsimile numbers listed above. The facsimile numbers used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a report of the transmission, a copy of which is attached to the original of this declaration.

☐    (BY FEDERAL EXPRESS, AN OVERNIGHT DELIVERY SERVICE) By placing a true and correct copy of the above document(s) in a sealed envelope addressed as indicated above and causing such envelope(s) to be delivered to the FEDERAL EXPRESS Service Center, on _____, to be delivered by their next business day delivery service on _____, to the addressee designated.

X    (BY ELECTRONIC SERVICE) By electronically mailing a true and correct copy through Shook, Hardy & Bacon L.L.P.'s electronic mail system to the e-mail address(es) as stated on the attached service list.

X    (ELECTRONIC FILING) I provided the document(s) listed above electronically through the CM/ECF system pursuant to the instructions set forth in the Local Rules for the United States District Court for the Eastern District of California.

50846v1

1 |     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on July 30, 2008, at Irvine, California.

| Douglas W. Robinson | /s/ |
|---|---|
| (Type or print name) | (Signature) |

50846v1

## SERVICE LIST

| | |
|---|---|
| Lawrence J. Gornick, Esq.<br>Debra DeCarli, Esq.<br>Laura Brandenberg, Esq.<br>Levin Simes Kaiser & Gornick LLP<br>44 Montgomery St., 36th Fl.<br>San Francisco, CA 94104<br><br>Tel: 415-646-7160<br>Fax: 415-981-1270<br>Email: lgornick@lskg-law.com<br>Email: ddecarli@lskg-law.com<br>**Attorneys for Plaintiffs** | Alan Greenberg, Esq.<br>Wilson Elser Moskowitz<br>Edelman & Dicker LLP<br>655 West Broadway, Suite 900<br>San Diego, CA 92101-8484<br><br>Tel: 619-321-6200<br>Fax: 619-321-6201<br>Email: alan.greenberg@wilsonelser.com<br>**Attorneys for Defendant Merry X-Ray** |
| Habib Nasrullah, Esq.<br>Wheeler Trigg Kennedy LLP<br>1801 California Street, #3600<br>Denver, CO 80202<br><br>Tel: 303-244-1960<br>Email: nasrullah@wtklaw.com<br>**Attorneys for Defendant McKesson Corporation** | Charles Sheldon, Esq.<br>Sedgwick, Detert, Moran & Arnold LLP<br>One Market Plaza<br>Steuart Tower, 8th Fl.<br>San Francisco, CA 94105<br><br>Tel: 415-781-7900<br>Fax: 415-781-2635<br>**Attorneys for Defendant McKesson Corporation** |
| Kenneth P. Conour, Esq.<br>Rodney Hudson, Esq.<br>Drinker Biddle & Reath LLP<br>50 Fremont St., 20th Fl.<br>San Francisco, CA 94105-2235<br><br>Tel: 415-591-7500<br>Fax: 415-591-7510<br>**Attorneys for Defendant Bayer healthcare Pharmaceuticals Inc.** | Augie B. Lee, Esq.<br>Tucker Ellis & West LLP<br>515 S. Flower St., 42nd St.<br>Los Angeles, CA 90071<br><br>Tel: 213-430-3400<br>Fax: 213-430-3409<br>**Attorneys for Defendant Bracco Diagnostics, Inc.** |

50846v1

1  Deborah C. Prosser, Esq.
   Stephanie A. Hingle, Esq.
2  Kutak Rock LLP
   515 S. Figueroa St., #1240
3  Los Angeles, CA  90071-3329
4
   Tel:  213-312-4000
5  Fax:  213-312-4001
   Email:  Deborah.Prosser@KutakRock.com
6  Email:  Stephanie.Hingle@KutakRock.com
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

50846v1