1  TUCKER ELLIS & WEST LLP
   MICHAEL C. ZELLERS-STATE BAR NO. 146904
2  MOLLIE BENEDICT-STATE BAR NO. 187084
   AGGIE B. LEE-STATE BAR NO. 228332
3  515 S. Flower Street, 42nd Floor
   Los Angeles, CA 90071-2223
4  Telephone: (213) 430-3400
   Facsimile: (213) 430-3409
5  michael.zellers@tuckerellis.com
   mollie.benedict@tuckerellis.com
6  aggie.lee@tuckerellis.com

7  Attorneys for Defendant
   BRACCO DIAGNOSTICS INC.
8

9                       **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| LORRAINE ELLEN JOHNSON and ROBERT GARY STONDELL, individually, and as Successors in Interest to the Estate of DORIS LORRAINE STONDELL, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; BAYER SCHERING PHARMA AG; GENERAL ELECTRIC COMPANY; GE HEALTHCARE AS; GE HEALTHCARE, INC.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35,<br><br>Defendants. | Case No. CV-08-3441 MEJ<br><br>**STIPULATION OF PLAINTIFF AND DEFENDANT BRACCO DIAGNOSTICS INC. TO EXTEND DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING**<br><br>(San Francisco County Superior Court, Case No. CGC-08-476085) |

STIPULATION OF PLAINTIFF AND DEFENDANT BRACCO DIAGNOSTICS INC. TO EXTEND DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING CV-08-3441 MEJ

LAimanage/011255/000017/612281/1

1   Pursuant to Local Rule 6-1 of the United States District Court for the Northern District of
2   California, and based upon the agreement between counsel for Plaintiffs Lorraine Ellen Johnson
3   and Robert Gary Stondell and Defendant Bracco Diagnostics Inc., it is hereby stipulated as
4   follows:

5   The time for Defendant BDI to Answer or otherwise respond to the Civil Complaint shall
6   be extended from August 4, 2008 to one of the following: (1) until after the case is transferred to
7   *In Re: Gadolinium Based Contrast Agents Products Liability Litigation*, MDL No. 1909, Case
8   No. 1:08-gd-50000-DAP (the "MDL"), pending in the United States District Court for the
9   Northern District of Ohio, at which time BDI's obligations to file responsive pleadings will be
10  governed by Case Management Order No. 5 issued in the MDL; or (2) to 30 days after any
11  federal judge enters an order on any motion to remand filed by Plaintiffs if such order remands
12  this case to California state court.

13  DATED: AUGUST 4, 2008                TUCKER ELLIS & WEST LLP

16                                       By:    /s/ Aggie B. Lee
                                                Aggie B. Lee
17                                              Attorneys for Defendant
                                                BRACCO DIAGNOSTICS INC.

18  DATED: AUGUST 4, 2008                LEVIN SIMES KAISER & GORNICK LLP

21                                       By:    /s/ Lawrence J. Gornick
                                                Lawrence J. Gornick
22                                              Attorneys for Plaintiffs LORRAINE
                                                ELLEN JOHNSON and ROBERT
                                                GARY STONDELL

2.
STIPULATION OF PLAINTIFF AND DEFENDANT BRACCO
DIAGNOSTICS INC. TO EXTEND DEFENDANT'S TIME TO FILE A
RESPONSIVE PLEADING CV-08-3441 MEJ

LAimanage/011255/000017/612281/1