IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORRAINE ELLEN JOHNSON and
ROBERT GARY STONDELL, individually,
and as Successors in Interest to the Estate
of DORIS LORRAINE STONDELL,
Deceased,

    Plaintiffs,

 v.

BAYER HEALTHCARE
PHARMACEUTICALS, INC. et al.,

    Defendants.
                                 /

No. C 08-3441 MMC

**ORDER OF RECUSAL**

       I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

       All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

       **IT IS SO ORDERED.**

Dated: August 18, 2008

                                                MAXINE M. CHESNEY
                                                United States District Judge