1  Charles T. Sheldon (SBN #155598)
   charles.sheldon@sdma.com
2  Michael L. Fox (SBN # 173355)
   michael.fox@sdma.com
3  Kelly J. Lack (SBN # 226674)
   kelly.lack@sdma.com
4  Sedgwick, Detert, Moran & Arnold LLP
   One Market Plaza
5  Steuart Tower, 8th Floor
   San Francisco, California 94105
6  Telephone: 415.781.7900, ext. 1501
   Fax: 415.781.2635

7

8  GALEN D. BELLAMY (SBN #231792)
   bellamy@wtklaw.COM
9  Wheeler Trigg Kennedy LLP
   1801 California Street, Suite 3600
10 Denver, Colorado 80202
   Telephone: (303) 244-1800
11 Facsimile: (303) 244-1879

12 Attorneys for Defendant
   McKESSON CORPORATION

13

14                    UNITED STATES DISTRICT COURT

15         NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| 16 LORRAINE ELLEN JOHNSON and ROBERT GARY STONDELL, individually, 17 and as Successors in Interest to the Estate of DORIS LORRAINE STONDELL, Deceased, 18 | CASE NO. 08-CV-03441-MMC  **MCKESSON CORPORATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| Plaintiff, 19 vs. 20 21 BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; BAYER SCHERING 22 PHARMA AG; GENERAL ELECTRIC COMPANY; GE HEALTHCARE AS; GE 23 HEALTHCARE, INC.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; 24 McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 25 through 35  26      Defendants. | |

27

28                                 1

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**PURSUANT TO CIVIL L.R. 3-16**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 18, 2008

Respectfully submitted,

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Charles T. Sheldon
Michael L. Fox
Kelly J. Lack

and

Galen D. Bellamy
Wheeler Trigg Kennedy LLP

Attorneys for Defendant McKesson Corporation