1  Charles T. Sheldon (SBN #155598)
   charles.sheldon@sdma.com
2  Michael L. Fox (SBN # 173355)
   michael.fox@sdma.com
3  Kelly J. Lack (SBN # 226674)
   kelly.lack@sdma.com
4  Sedgwick, Detert, Moran & Arnold LLP
   One Market Plaza
5  Steuart Tower, 8th Floor
   San Francisco, California 94105
6  Telephone: 415.781.7900, ext. 1501
   Fax: 415.781.2635
7

8  GALEN D. BELLAMY (SBN #231792)
   bellamy@wtklaw.COM
9  Wheeler Trigg Kennedy LLP
   1801 California Street, Suite 3600
10 Denver, Colorado 80202
   Telephone: (303) 244-1800
11 Facsimile: (303) 244-1879

12 Attorneys for Defendant
   McKESSON CORPORATION
13

14                UNITED STATES DISTRICT COURT

15     NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LORRAINE ELLEN JOHNSON and ROBERT GARY STONDELL, individually, and as Successors in Interest to the Estate of DORIS LORRAINE STONDELL, Deceased, | CASE NO. 08-CV-03441-MMC |
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MCKESSON CORPORATION** |
| vs. | |
| BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; BAYER SCHERING PHARMA AG; GENERAL ELECTRIC COMPANY; GE HEALTHCARE AS; GE HEALTHCARE, INC.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35 | |
| Defendants. | |

1

CASE NO. 08-CV-03441-MMC
CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MCKESSON CORPORATION

SF/1530638v1

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## MCKESSON CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, this corporate disclosure statement is filed on behalf of Defendant McKesson Corporation.

Defendant McKesson Corporation, discloses that it has no parent corporation, that its shares are publicly traded on the NASDAQ, and that no publicly held corporation owns 10% or more of its stock.

Dated: August 18, 2008

Respectfully submitted,

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Charles T. Sheldon
Michael L. Fox
Kelly J. Lack

and

Galen D. Bellamy
Wheeler Trigg Kennedy LLP

Attorneys for Defendant McKesson Corporation