Charles T. Sheldon (SBN #155598)
charles.sheldon@sdma.com
Michael L. Fox (SBN # 173355)
michael.fox@sdma.com
Kelly J. Lack (SBN # 226674)
kelly.lack@sdma.com
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: 415.781.7900, ext. 1501
Fax: 415.781.2635


GALEN D. BELLAMY (SBN #231792)
bellamy@wtklaw.COM
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone: (303) 244-1800
Facsimile: (303) 244-1879

Attorneys for Defendant
McKESSON CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LORRAINE ELLEN JOHNSON and ROBERT GARY STONDELL, individually, and as Successors in Interest to the Estate of DORIS LORRAINE STONDELL, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; BAYER SCHERING PHARMA AG; GENERAL ELECTRIC COMPANY; GE HEALTHCARE AS; GE HEALTHCARE, INC.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35 <br><br> Defendants. | CASE NO. 08-CV-03441-MMC <br><br> **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MCKESSON CORPORATION** |

1

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MCKESSON CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, this corporate disclosure statement is filed on behalf of Defendant McKesson Corporation.

Defendant McKesson Corporation, discloses that it has no parent corporation, that its shares are publicly traded on the NASDAQ, and that no publicly held corporation owns 10% or more of its stock.

Dated: August 18, 2008

Respectfully submitted,

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Charles T. Sheldon
Michael L. Fox
Kelly J. Lack

and

Galen D. Bellamy
Wheeler Trigg Kennedy LLP

Attorneys for Defendant McKesson Corporation