Lawrence J. Gornick (SBN 136290)
Debra DeCarli (SBN 237642)
Laura Brandenberg (SBN 238642)
**LEVIN SIMES KAISER & GORNICK LLP**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
Fax: (415) 981-1270
lgornick@lskg-law.com
ddecarli@lskg-law.com
lbrandenberg@lskg-law.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LORRAINE ELLEN JOHNSON and ROBERT GARY STONDELL, individually, and as Successors in Interest to the Estate of DORIS LORRAINE STONDELL, Deceased,<br><br>Plaintiffs,<br>vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; BAYER SCHERING PHARMA AG; GENERAL ELECTRIC COMPANY; GE HEALTHCARE AS; GE HEALTHCARE, INC.; MALLINCKRODT, INC.; BRACCO DIAGNOSTICS, INC.; McKESSON CORPORATION; MERRY X-RAY CHEMICAL CORP.; and DOES 1 through 35<br><br>Defendants. | Case No: 3:08-cv-03441-CW<br><br><br><br>**STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO SAN FRANCISCO SUPERIOR COURT** |

On July 16, 2008, Defendants GE Healthcare Inc. and General Electric Company (hereinafter "the GE Defendants") removed the above-captioned case, *Johnson, et al v. Bayer Healthcare Pharmaceuticals, Inc., et al*, Case No. 3:08-cv-03441, to the United States District Court, Northern District of California pursuant to 28 U.S.C. § 1441 (b). Subsequently, Plaintiffs timely filed a Motion for Remand contesting federal diversity jurisdiction.

To avoid further motion practice, without waiver and with express reservation of their respective positions regarding the applicable statutes of limitation and fraudulent joinder of the California resident Defendants, the Plaintiffs and the GE Defendants hereby stipulate and agree that this case be remanded to San Francisco Superior Court.

IT IS SO STIPULATED:

Dated:   August 21, 2008            LEVIN SIMES KAISER & GORNICK LLP

By:   s/ Lawrence J. Gornick
Lawrence J. Gornick, Esq.
Debra DeCarli, Esq.
Laura Brandenberg, Esq.

Dated:   August 21, 2008            KUTAK ROCK LLP

By:   s/ Stephanie Hingle
Deborah C. Prosser, Esq.
Stephanie Hingle, Esq.

Pursuant to Stipulation of the parties, this action is REMANDED to San Francisco Superior Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____            _____
HONORABLE CLAUDIA WILKEN