**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

_____

www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  510.637.3530

August 27, 2008

San Francisco County Superior Court
400 McAllister Street
San Francisco, CA 94102

RE:  CV 08-03441 CW    Johnson-v-Bayer Healthcare Pharmaceuticals, Inc.
     *Your Case Number:* *(CGC-08-476085)*

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

|     |     |
| --- | --- |
| (X) | Certified copies of docket entries |
| (X) | Certified copies of Remand Order |
| ( ) | Other |

   Please acknowledge receipt of the above documents on the attached copy of this letter.

                              Sincerely,

                              RICHARD W. WIEKING, Clerk

                              *[signature]*

                              by:  Clara Pierce
                              Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg